```
 1  WILLIAM G. MALCOLM #129271                    E-FILED 1-13-09
    DON ROBINSON #123411
 2  MALCOLM ♦ CISNEROS
    2112 Business Center Drive
 3  2nd Floor
    Irvine, California 92612
 4  Telephone:  (949) 252-9400
    Telecopier: (949) 252-1032
 5
    Counsel for CENTRAL MORTGAGE COMPANY
 6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SALDIVAR GAMBOA and IRMA M. SALDIVAR,<br><br>    Plaintiffs.<br><br>-vs-<br><br>TRUSTEE CORPS and CENTRAL MORTGAGE LOAN SERVICING COMPANY, and DOES 1 - 50, inclusive,<br><br>    Defendants. | Case No. C09-00041 MEJ<br><br>**REQUEST FOR DISMISSAL OF CASE; ORDER THEREON** |

On January 7, 2009, Defendant CENTRAL MORTGAGE COMPANY (erroneously sued as CENTRAL MORTGAGE LOAN SERVICING COMPANY) ("CENTRAL MORTGAGE") through its undersigned counsel of record filed a Notice of Removal of Orange County Superior Court Case No. RG 08-423385 styled as <u>Jose Saldivar vs. Trustee Corps et al.</u> (the "State Court Action") which was assigned the instant case number C09-00041 MEJ. It was later discovered that the State Court Action had already been removed on January 2, 2009, by another party and assigned to this Court as Case 3:09-cv-00007-SC.

///

///

---

Request for Dismissal; Order Thereon

1

MC26410 DISMISSAL.WPD

Since Case Number 3:09-cv-00007-SC pre-dates the instant matter, Defendant CENTRAL MORTGAGE respectfully requests the instant case be dismissed.

DATED: January 13, 2009

                              MALCOLM ♦ CISNEROS,
                              A Law Corporation

                                    */s/ William G. Malcolm*
                        By:_____
                             WILLIAM G. MALCOLM Attorneys for
                             CENTRAL MORTGAGE COMPANY

### ORDER

IT IS HEREBY ORDERED THAT THE INSTANT CASE IS DISMISSED.

DATED: January 14, 2009

_____
The Hon. Maria Elena James
United States District Court Judge

---

Request for Dismissal; Order Thereon

MC26410 DISMISSAL.WPD

2

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 2112 Business Center Drive, Second Floor, Irvine, California 92612.

On January 13, 2009 I served the following document described as:

**REQUEST FOR DISMISSAL OF CASE; ORDER THEREON**

On the following interested parties in this action:

**SEE ATTACHED SERVICE LIST**

[x]    VIA MAIL -- CCP §§ 1013(a); 2015.5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

[ ]    VIA FACSIMILE: By faxing a true copy thereof to the Facsimile Number indicated above, and obtaining a confirmation receipt that the transmission of the document was successful.

[ ]    VIA OVERNIGHT DELIVERY: By placing a true copy thereof enclosed in a sealed next business day envelope, and placing each for collection and mailing on said date following ordinary business practices.

[ ]    VIA PERSONAL DELIVERY: By placing a true copy thereof enclosed in a sealed next envelope, and causing such envelope to be personally delivered to the address listed on the attached service list. A separate proof of service by the party who delivered the envelope is available upon request.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed January 13, 2009 at Irvine, California.

_____
MELISSA D. FUSCO

## SALDIVAR v. TRUSTEE CORPS et al.
## SERVICE LIST

**Attorney for Plaintiff**:
Mitchell W. Roth, Esq.
M.W. Roth PLC
13245 Riverside Drive, Suite 320
Sherman Oaks, CA 91423